exceed 7,000 words each, as required by Fed. R.App. P. 32(a)(7)(B). The parties shall avoid duplicative briefing.

(3) Applica and Waters are entitled to argue infringement of other claims of the '847 patent as alternative grounds for affirming the Commission's determination.

(4) Oral argument will be held on September 13, 2010, at 2:00 p.m.

**Caulton D. ALLEN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2010–3088.

United States Court of Appeals, Federal Circuit.

June 24, 2010.

David A. Branch, Law Office of David A. Branch, Washington, DC, for Petitioner.

Vincent D. Phillips, Sarah M. Bienkowski, Department of Justice, Washington, DC, for Respondent.

**ON MOTION**

**ORDER**

Upon consideration of Caulton D. Allen's motion to withdraw his petition for review,

It Is Ordered That:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**UNDERWOOD LIVESTOCK, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5072.

United States Court of Appeals, Federal Circuit.

June 30, 2010.

Martin G. Crowley, American Legal Services, Fallon, NV, for Plaintiff–Appellant.

Kurt G. Kastorf, Katherine J. Barton, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

**MDI, INC., Plaintiff–Appellant,**

**v.**

**DRIVECAM, INC., Defendant–Appellee.**

**No. 2010–1319.**

United States Court of Appeals, Federal Circuit.

July 1, 2010.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Sergio I. TORRES, Petitioner,**

**v.**

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 2010–3034.**

United States Court of Appeals, Federal Circuit.

July 1, 2010.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Nathalie RAIMBAULT, Jean–Pierre Gautier, Alain Sagansan, and Pierre Fabreet.**

**No. 2010–1190.**

United States Court of Appeals, Federal Circuit.

July 1, 2010.